UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, </br></br> Plaintiff, </br></br> v. </br></br> JOHN DOE subscriber assigned IP address 71.225.129.142, </br></br> Defendant. | Civil Case No. 2:17-cv-04802-WB |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to the Federal Rules Civil Procedure 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Greg Lansky in support of this motion; (3) Declaration of Tobias Fieser in support of this motion; (4) Declaration of Jeff M. Fischbach in support of this motion; and (5) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff") respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

1

Dated: November 10, 2017                                 Respectfully submitted,

                                                                 **FOX ROTHSCHILD, LLP**

By:  /s/ *Andrew W. Bonekemper*
      Christian Moffitt, Esq. (206770)
      cmoffitt@foxrothschild.com
      Andrew W. Bonekemper, Esq. (84313)
      abonekemper@foxrothschild.com
      10 Sentry Parkway, Suite 200
      P.O. Box 3001
      Blue Bell, PA 19422-3001
      Tel.: (610) 397-6500
      Fax: (610) 397-0450
      www.foxrothschild.com
      *Attorneys for Plaintiff*